FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0271

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0271

| | |
|---|---|
| IN RE THE MARRIAGE OF: <br><br> CLAUDIA DEL TORAL, <br><br>        Petitioner and Appellee, <br> and <br><br> DAVID FLINT RICHARD, <br><br>     Respondent and Appellant. | ORDER GRANTING UNOPPOSED EXTENSION OF TIME |

On July 17th, 2023, the Appellant, David Flint Richard, filed his Unopposed Motion to for Extension of Time. Pursuant to Rule 26 of the Montana Rules of Appellate Procedure, the Montana Supreme Court will grant an extension of time in which appellant is required to file his opening brief.

Accordingly, IT IS ORDERED that appellant's request for a thirty (30) day extension of time in which to file his opening brief is GRANTED.

For the Court,

By: _____
    Justice

ORDER GRANTING EXTENSION                             Pg. 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 18 2023